UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT FRED ELLIOT,

        Petitioner,

v.

EDDIE REETZ,

        Respondent.

CASE NO. 3:25-cv-05781-JHC-GJL

ORDER FOR SERVICE, ANSWER, AND SUBSTITUTION OF RESPONDENT, § 2254 PETITION

This is a federal habeas action filed under 28 U.S.C. § 2254. Having reviewed the Petition (Dkt. 8), the Court **ORDERS** the following:

(1)    <u>Substitution of Respondent</u>

Petitioner named Eddie Reetz, Superintendent of Clallam Bay Correctional Center ("CBCC") as Respondent. Dkt. 8. However, the proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. §§ 2242 and 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). It appears Petitioner is no longer in CBCC custody and has been transferred to Washington State Penitentiary ("WSP"). *See* Dkt. 6. Accordingly, the Clerk of Court is directed

ORDER FOR SERVICE, ANSWER, AND
SUBSTITUTION OF RESPONDENT, § 2254
PETITION - 1

1  to **SUBSTITUTE** Rob Jackson, Superintendent of WSP, as the Respondent in this action. The

2  Clerk is further directed to **UPDATE** the case title.

3      (2)    <u>Service</u>

4      The Clerk shall arrange for service, by e-mail upon Respondent and upon the Attorney

5  General of the State of Washington, of copies of the Petition, any other documents filed in

6  support of the Petition, and this Order. The Clerk shall also direct a copy of this Order and of the

7  Court's *pro se* instruction sheet to Petitioner.

8      (3)    <u>Answer</u>

9      Within ***forty-five (45) days*** after such service, Respondent shall file and serve an answer

10  in accordance with Rule 5 of the Rules Governing Section 2254 Cases in United States District

11  Courts. As part of such answer, Respondent shall state whether Petitioner has exhausted

12  available state remedies and whether an evidentiary hearing is necessary. Respondent shall not

13  file a dispositive motion in place of an answer without first showing cause as to why an answer is

14  inadequate. Respondent shall file the answer with the Clerk of the Court and serve a copy of the

15  answer on Petitioner.

16      The answer will be treated in accordance with LCR 7. Accordingly, on the face of the

17  answer, Respondent shall note it for consideration no earlier than 28 days after filing. Petitioner

18  may file and serve a response not later than 21 days after the filing date of the answer, and

19  Respondent may file and serve a reply not later than 28 days after the filing date of the answer.

20      (4)    <u>Filing by Parties, Generally</u>

21      All attorneys admitted to practice before this Court are required to file documents

22  electronically via the Court's CM/ECF system. Petitioner shall file all documents electronically.

23

24

ORDER FOR SERVICE, ANSWER, AND
SUBSTITUTION OF RESPONDENT, § 2254
PETITION - 2

All filings must indicate in the upper right hand corner the name of the magistrate judge to whom the document is directed.

Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter. Petitioner shall indicate the date the document is submitted for e-filing as the date of service.

(5) <u>Motions</u>

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

(6) <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

Dated this 17th day of September, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER FOR SERVICE, ANSWER, AND
SUBSTITUTION OF RESPONDENT, § 2254
PETITION - 3