UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT FRED ELLIOT, a/k/a
ROBERT FRED ELLIOTT,

                   Petitioner,

   v.

RON HAYNES,

                  Respondent.

CASE NO. 3:25-cv-05781-JHC-GJL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation, to which no timely objection has been filed.

(2)    Petitioner's federal habeas Petition is dismissed with prejudice.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 9th day of April, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1